# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMES STACY BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-00827 |
| ) | Judge Trauger |
| NURSE KIM l/n/u, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On November 14, 2017, the Magistrate Judge issued a Report and Recommendation (Docket No. 33), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this action is DISMISSED with prejudice in accordance with Rule 16(f)(1) and 41(b) of the Federal Rules of Civil Procedure.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 4th day of January 2017.

ALETA A. TRAUGER
U.S. District Judge